UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRYAN GLOVER                                             CIVIL ACTION

VERSUS                                                   NO. 18-132-JWD-RLB

THE CITY OF BATON ROUGE AND
PARISH OF EAST BATON ROUGE, ET AL.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 31, 2018.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BRYAN GLOVER**                                                            **CIVIL ACTION**

**VERSUS**                                                                   **NO. 18-132-JWD-RLB**

**THE CITY OF BATON ROUGE AND**
**PARISH OF EAST BATON ROUGE, ET AL.**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Complaint in this matter was filed on February 8, 2018 by the pro se plaintiff, Bryan Glover. The plaintiff's address of record is the address that he provided in his complaint. All court notices were sent to that address.

On February 16, 2018, the plaintiff paid the $400.00 filing fee. A scheduling conference was set for April 26, 2018 and a status report was due by April 12, 2018.[1] No status report was filed by plaintiff as ordered. As there had been no responsive pleadings filed by Defendants the City of Baton Rouge and Parish of East Baton Rouge and Officer Ernest J. Jones,[2] the scheduling conference was reset to June 28, 2018 and a status report due June 14, 2018. (R. Doc. 4). Plaintiff was also specifically advised that it was his obligation to submit summons and addresses for the defendants.

On June 21, 2018, this court issued an order resetting the scheduling conference for August 2, 2018 and a status report due July 19, 2018. In the order, the Court stated that "Upon a further review of the record, it appears that summons still have not been requested or issued to the Defendants. Plaintiff is responsible for submitting the summons and addresses for the

---

[1] R. Doc. 3.
[2] The Plaintiff also sued "Other Unnamed Officers".

defendants. Upon plaintiff submitting the summons and addresses for the defendants, the Clerk is directed to issue process to the defendants. Plaintiff was specifically advised of this by Court Order on April 23, 2018 yet has taken no action." (R. Doc. 5).

In addition, Plaintiff was ordered to show cause, in writing, within fourteen (14) days why his claims asserted against Defendants the City of Baton Rouge and Parish of East Baton Rouge and Officer Ernest J. Jones[3] should not be dismissed because of his failure to serve those defendants within the time allowed by Fed. R. Civ. P. Rule 4(m). Rule 4(m) provides that "if a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff was specifically put on notice on June 21, 2018, that "a failure to file a written response to this Order within the time allowed may result in the dismissal of his claims against the defendants without further notice from the Court."

As of the date of this report and recommendation, Plaintiff has failed to submit any proof of service, failed to make any response to the undersigned's show cause order explaining why he has failed to comply with Rule 4(m), and has failed to file any status report or otherwise respond to a single order of this court.

Local Rule 41(b)(1)(A) provides that a civil action may be dismissed by the court for lack of prosecution "[w]here no service of process has been made within 120 days after filing of the complaint." It has now been over 170 days since the filing of the complaint and no service of process has been made. Plaintiff has taken no other action in this case and has repeatedly ignored every order issued by the court.

---

[3] The Plaintiff also sued "Other Unnamed Officers".

As a practical matter, the case cannot proceed against a defendant if the plaintiff does not prosecute it or respond to the court's orders regarding disposition of the case.  Plaintiff's failure to prosecute his own claims effectively deprives a defendant of the opportunity to defend itself from the allegations made against it.  The plaintiff has repeatedly failed to respond to court orders, and has failed to prosecute this action.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Signed in Baton Rouge, Louisiana, on July 31, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**