# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BRYAN GLOVER**

**VERSUS**

**THE CITY OF BATON ROUGE AND
PARISH OF EAST BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO. 18-132-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 31, 2018, to which no opposition was filed;

**IT IS ORDERED** that the plaintiff's complaint is dismissed without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure and Local Rule 41(b)(1)(A) for failure to serve and failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 16, 2018.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**